Case Name:   RANDALL J. WHITE
Case No:     05 B 77379

# CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 07/10/07          WILLIAM T. NEARY
               United States Trustee, Region 11


          BY: __/s/_____
             Carole J. Ryczek
             Attorney for the U.S. Trustee