**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 1 2 2007

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
WHITE, RANDALL J.

CHAPTER 7 -- Liquidation

CASE NO. 05-77379 MB

Debtor(s) xxx-xx-7649

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID
Number:

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:    U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL 61101

   on:    August 8, 2007
   at:    9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 54.80 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 2,743.50 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,755.66 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                  $        10,056.58
   b. Disbursements                             $             0.00
   c. Net Cash Available for Distribution       $        10,056.58

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $5,502.62, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $33,446.36, resulting in an approximate distribution of 16.45% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: May 22, 2007

For the Court,

By /s/ BERNARD J NATALE

Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores               Page 1 of 2              Date Rcvd: Jul 12, 2007
Case: 05-77379                Form ID: pdf002             Total Served: 53


The following entities were served by first class mail on Jul 14, 2007.
db            +Randall J. White,    3710 Claremont Rd.,    McHenry, IL 60050-1034
aty           +A Stewart Chapman,    Pierce & Associates,    1 North Dearborn Suite 1300,    Chicago, IL 60602-4331
aty           +Christopher M Brown,    Pierce and Associates, P.C.,    1 North Dearborn Street,    Suite 1300,
               Chicago, IL 60602-4331
aty           +Richard J Waple,    Macey & Chern,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
tr            +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
cr            +Accredited Home Lenders,    17089 Via Del Campo Building 3,    Second Floor,
               San Diego, CA 92127-1726
cr            +HSBC Mortgage Services,    1270 Northland Dr. Ste 200,    Mendota Heights, MN 55120-1176
10327883      +Accredited Home Lender,    15030 Avenue Of Science,    San Diego, CA 92128-3433
10579540      +American Express Travel Related Svcs Co Inc,    Corp Card,    P O Box 3001,    Malvern, PA 19355-0701
10327884      +Amex,    P O Box 297871,    Fort Lauderdal, FL 33329-7871
10327885      +Best Buy,    PO Box 1802,    Dayton, OH 45401-1802
10327886      +Bill Me Later,    PO Box 105658,    Atlanta, GA 30348-5658
10327887      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10327889      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10327888      +Citi,    701 E. 60th Street,    Sioux Falls, SD 57104-0493
10664611      +Citibank USA,    dba Home Depot,    POB 9025,    Des Moines IA 50368-9025
10327890      +Citibank Usa,    Po Box 9714,    Gray, TN 37615-9714
10700266      +Citibank(South Dakota)/Choice,    Exception Payment Processing,    POB 6305,
               The Lakes, NV 88901-6305
10327891      +Collectcorp,    300 International Dr. Ste 100,    Buffalo, NY 14221-5783
10327892       Countrywide Home Loans,    P.O. Box 10229,    Van Nuys, CA 91410-0229
10327893      +Department of Human Services,    Collections,    401 S. Clinton Street,    Chicago, IL 60607-3800
10327896      +Gemb/Walmart,    Pob 981400,    El Paso, TX 79998-1400
10327897       HFC,    PO Box 1878,    Carol Stream, IL 60128-0001
10327901      +HSBC,    1441 Schilling Place,    Salinas, CA 93901-4543
10650692      +HSBC MORTGAGE SERVICES,    1270 Northland Drive #200,    Mendota Heights,  IL 55120-1176
10648151      +HSBC Mortgage Services,    636 Grand Regency Blvd.,    Brandon, FL 33510-3942
10327898      +Hfc,    Po Box 8633,    Elmhurst, IL 60126-8633
10327899      +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
10327900      +Household Bank/Rhodes Furn,    Po Box 15519,    Wilmington, DE 19850-5519
10663522       Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
10327902      +Hsbc/Bstby,    Pob 6985,    Bridgewater, NJ 08807-0985
10327903      +Hsbc/Rhode,    Po Box 15524,    Wilmington, DE 19850-5524
10327904      +Hsbc/Rs,    Pob 15524,    Wilmington, DE 19850-5524
10327882      +Ian M. Burns #,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10327905      +JC Penney,    4580 Paradise Blvd.,    Albuquerque, NM 87114-4122
10327906      +Jc Penney,    P.O. Box 981400,    El Paso, TX 79998-1400
10327907       John M. Smith's Homemakers,    P.O. Box 4550,    Dept. 13,    Carol Stream, IL 60197-4550
10327908       Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
10609854      +Kohl's Department Store,    P O Box 740933,    Dallas, TX 75374-0933
10610143      +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
10327909      +Kohls,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10327910      +Kohls,    N56 W17000 Ridge Wood Drive,    Menomonee Fall, WI 53051-5660
10327911      +Marathon Ash,    539 S. Main,    Findlay, OH 45840-3229
10327912      +Michling Hofmann Vinton Plava,    101 North Throop St.,    Woodstock, IL 60098-3248
10327913      +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10327914      +Oak Brook Bank,    1400 West 16th Street,    Oak Brook, IL 60523-1300
10634070      +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10327915      +Transworld Systems, Inc,    5880 Commerce Blvd,    Rohnert Park, CA 94928-1644
10327916      +Wilshire Credit Corp,    1776 Sw Madison St,    Portland, OR 97205-1715
11164636      +eCAST Settlement Corporation,    P O Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Jul 13, 2007.
10327894      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2007 02:49:41     Discover,
               Discover Financial Services,    P.O. Box 8003,    Hilliard, OH 43026-8003
10598244      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2007 02:49:41
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026-8003
10327895      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2007 02:49:41     Discover Fin,    Pob 15316,
               Wilmington, DE 19850-5316
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
cr*           +HSBC Mortgage Services,    636 Grand Regency Blvd.,    Brandon, FL 33510-3942
10327881*     +Randall J. White,    3710 Claremont Rd.,    McHenry, IL 60050-1034
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
 District/off: 0752-3          User: jshores              Page 2 of 2           Date Rcvd: Jul 12, 2007
 Case: 05-77379                Form ID: pdf002            Total Served: 53

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2007**                       **Signature:**         _Joseph Speetjens_