# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2007 through August 31, 2007
Primary Account: **000312053772065**

### CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00018539 DBI 802 24 24707 - NNN  1 000000000 60 0000
05-77379 WHITE RANDALL J
DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** | | |
| Bankruptcy Business Checking 000312053772066 | 0.00 | 0.00 ✓ |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312053772065 | $10,080.44 | $0.00 ✓ |
| **Total** | **$10,080.44** | **$0.00** |
| **TOTAL ASSETS** | **$10,080.44** | **$0.00** |

**All Summary Balances** shown are as of August 31, 2007 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



EXHIBIT C

OK db 9-13-07
9-13-07